# SECOND REQUEST
## NOTICE OF ASSETS AND DEADLINE TO FILE A PROOF OF CLAIM

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

Honorable R. Kimball Mosier, U.S. Bankruptcy Judge

| | |
|---|---|
| CASE NUMBER: 17–28293   CHAPTER: 7 | DATE FILED (OR CONVERTED): 9/22/17 |
| NAME OF DEBTOR(S):<br>Anthony Herbert Oakes, xxx–xx–6612<br>Jami Ann Oakes, xxx–xx–8071 | ADDRESS OF DEBTOR:<br>5226 South Cobble Creek Rd, Apt 9F<br>Salt Lake City, UT 84117 |
| DEBTOR'S ATTORNEY:<br>Paul James Toscano<br>The Law Office of Paul Toscano, P.C.<br>Newhouse Building, Suite 614<br>10 Exchange Place<br>Salt Lake City, UT 84111<br><br>(801) 359–1313 | TRUSTEE:<br>Mary M. Hunt tr<br>Dorsey & Whitney<br>111 S. Main Street, 21st Floor<br>Salt Lake City, UT 84111<br><br>(801) 933–7360 |

The Court has been advised by the Trustee in the above case that money may become available for payment to creditors.

If you have not already filed a claim in the above case and wish to do so, you should file your claim with the Court as soon as possible. The claim form enclosed in this mailing must be properly completed and must reach the address below on or before:

May 7, 2018

The place to file the proof of claim, either in person or by mail, is the Office of the Clerk of the Bankruptcy Court.

Clerk, U.S. Bankruptcy Court
Attn: Claims Department
350 South Main #301
Salt Lake City, UT 84101

## IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.

DATED: 4/4/18

FOR THE COURT
David A. Sime, Clerk

Form bln2

This page intentionally left blank

**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of Utah

Case number _____

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

| | | |
|---|---|---|
| 1. Who is the current creditor? | Name of the current creditor (the person or entity to be paid for this claim) _____ <br> Other names the creditor used with the debtor _____ | |
| 2. Has this claim been acquired from someone else? | ☐ No <br> ☐ Yes. From whom? _____ | |
| 3. Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? <br><br> Name _____ <br> Number   Street _____ <br> City         State     ZIP Code _____ <br> Contact phone _____ <br> Contact email _____ <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one): <br> __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ | Where should payments to the creditor be sent? (if different) <br><br> Name _____ <br> Number   Street _____ <br> City         State     ZIP Code _____ <br> Contact phone _____ <br> Contact email _____ |
| 4. Does this claim amend one already filed? | ☐ No <br> ☐ Yes. Claim number on court claims registry (if known) _____ | Filed on ____/____/____ <br> MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☐ No <br> ☐ Yes. Who made the earlier filing? _____ | |

Official Form 410                                   Proof of Claim                                    page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ❏ No<br>❏ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
| 7. How much is the claim? | $_____. Does this amount include interest or other charges?<br>❏ No<br>❏ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br>_____ |
| 9. Is all or part of the claim secured? | ❏ No<br>❏ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>❏ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>❏ Motor vehicle<br>❏ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property:  $_____<br>Amount of the claim that is secured:  $_____<br><br>Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition:  $_____<br><br>Annual Interest Rate (when case was filed)_____%<br>❏ Fixed<br>❏ Variable |
| 10. Is this claim based on a lease? | ❏ No<br>❏ Yes. **Amount necessary to cure any default as of the date of the petition.**  $_____ |
| 11. Is this claim subject to a right of setoff? | ❏ No<br>❏ Yes. Identify the property: _____ |

Official Form 410                      **Proof of Claim**                      page 2

| | | |
|---|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ❏ No <br> ❏ Yes. *Check one:* <br><br> ❏ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). <br><br> ❏ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). <br><br> ❏ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). <br><br> ❏ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). <br><br> ❏ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). <br><br> ❏ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. <br><br> * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | **Amount entitled to priority** <br><br> $_____ <br><br> $_____ <br><br> $_____ <br><br> $_____ <br> $_____ <br> $_____ |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

❏ I am the creditor.
❏ I am the creditor's attorney or authorized agent.
❏ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
❏ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____
                  MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name     _____
         First name        Middle name        Last name

Title    _____

Company  _____
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  _____
         Number     Street

         _____
         City                          State      ZIP Code

Contact phone _____   Email _____

Official Form 410                     **Proof of Claim**                     page 3

```
                          United States Bankruptcy Court
                                  District of Utah

In re:                                                        Case No. 17-28293-RKM
Anthony Herbert Oakes                                         Chapter 7
Jami Ann Oakes
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 1088-2          User: huntmmtr              Page 1 of 2                  Date Rcvd: Apr 05, 2018
                              Form ID: bln2              Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2018.
db/jdb         +Anthony Herbert Oakes,    Jami Ann Oakes,    5226 South Cobble Creek Rd, Apt 9F,
                 Salt Lake City, UT 84117-6730
cr             +Hopkins Investments,    PO Box 1115,    Union City, TN 38281-1115
10772794       +California Dept. Child Support Services,    County of San Bernardino,    10417 Mountain View Ave.,
                 Loma Linda, CA 92354-2030
10772798       +Cbusasears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
10772800       +Citibank/Best Buy,    Centralized Bk/Citicorp Credt Srvs,    Po Box 790040,
                 St Louis, MO 63179-0040
10772803       +Disney Movie Club,    PO Box 738,    Neenah, WI 54957-0738
10772805       +Heather Oakes,   368 SE 30th Ave.,    Hillsboro, OR 97123-7054
10772808       +Leroys Jewelers,    Sterling Jewelers, Inc/Attn: Bankruptcy,    Po Box 1799,
                 Akron, OH 44309-1799
10772814       +PMB Rentals,   P.O. Box 489,    Paris, TN 38242-0489
10772813        Pennymac Loan Services,    Attn: Bankruptcy,    Po Box 514357,   Los Angeles, CA 90051
10772815       +Sierra Oakes,   P.O. Box 836,    Joshua Tree, CA 92252-0836
10772826       +Universal American Mtg,    15550 Lightwave Dr Ste 200,    Clearwater, FL 33760-3504
10772827       +Us Dept Veteren Affairs,    Debt Management Center,    Po Box 11930,   St Paul, MN 55111-0930
10772833       +Washington State Div of Child Support,    PO BOX 11520,    Tacoma, WA 98411-5520
10772834       +Waste Management,    1021 Main St., Ste 200,    Houston, TX 77002-6504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bncmail@w-legal.com Apr 06 2018 01:06:50      USAA Federal Savings Bank,
                 c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
10772793       +EDI: BANKAMER.COM Apr 06 2018 05:08:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
10772810        EDI: CBSAAFES.COM Apr 06 2018 05:08:00      Military Star/AAFES,    Attention: Bankruptcy,
                 Po Box 650410,    Dallas, TX 75265
10772795       +EDI: CAPITALONE.COM Apr 06 2018 05:08:00      Capital One,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
10772796       +EDI: CAPITALONE.COM Apr 06 2018 05:08:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
10772797       +EDI: CAPITALONE.COM Apr 06 2018 05:08:00      Capital One / Furnit,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
10871960        EDI: BL-BECKET.COM Apr 06 2018 05:08:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
10772799       +EDI: CHASE.COM Apr 06 2018 05:08:00      Chase Card,    Attn: Correspondence Dept,    Po Box 15298,
                 Wilmington, DE 19850-5298
10772801       +EDI: RCSFNBMARIN.COM Apr 06 2018 05:08:00      Credit One Bank Na,    Po Box 98873,
                 Las Vegas, NV 89193-8873
10772802        EDI: RCSDELL.COM Apr 06 2018 05:08:00      Dell Financial Services,    Attn: Bankruptcy,
                 Po Box 81577,    Austin, TX 78708
10772804        EDI: FORD.COM Apr 06 2018 05:08:00      Ford Motor Credit,    National Bankruptcy Service Center,
                 Po Box 62180,    Colorado Springs, CO 80962
10772806        EDI: IRS.COM Apr 06 2018 05:08:00      Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
10772807       +EDI: CBSKOHLS.COM Apr 06 2018 05:08:00      Kohls/Capital One,    Kohls Credit,    Po Box 3043,
                 Milwaukee, WI 53201-3043
10772809       +E-mail/Text: ZyCredit.A.User@lesschwab.com Apr 06 2018 01:06:53      Les Schwab Tire Center,
                 Po Box 5350,    Bend, OR 97708-5350
10772811       +EDI: NFCU.COM Apr 06 2018 05:08:00      Navy Fcu,    Po Box 3000,    Merrifield, VA 22119-3000
10772812       +EDI: NFCU.COM Apr 06 2018 05:08:00      Navy Federal Cr Union,    Attn: Bankruptcy,    Po Box 3000,
                 Merrifield, VA 22119-3000
10903396       +EDI: RESURGENT.COM Apr 06 2018 05:08:00      PYOD, LLC its successors and assigns as assignee,
                 of MHC Receivables, LLC and FNBM, LLC,    Resurgent Capital Services,    PO Box 19008,
                 Greenville, SC 29602-9008
10772816        E-mail/Text: membersolutions@soundcu.com Apr 06 2018 01:06:47      Sound Credit Union,
                 PO Box 1595,    Tacoma, WA 98401-1595
10903433       +EDI: RESURGENT.COM Apr 06 2018 05:08:00      Sunrise Hospital And Medical Center,
                 Resurgent Capital Services,    PO Box 1927,    Greenville, SC 29602-1927
10772817       +EDI: RMSC.COM Apr 06 2018 05:08:00      Syncb/Ashley Homestore,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
10772818       +EDI: RMSC.COM Apr 06 2018 05:08:00      Syncb/Toys R Us,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
10783434       +EDI: RMSC.COM Apr 06 2018 05:08:00      Synchrony Bank,
                 Care of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
10772819       +EDI: RMSC.COM Apr 06 2018 05:08:00      Synchrony Bank/ HH Gregg,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
10772820       +EDI: RMSC.COM Apr 06 2018 05:08:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
10772821       +EDI: RMSC.COM Apr 06 2018 05:08:00      Synchrony Bank/Amazon,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
```

```
District/off: 1088-2          User: huntmmtr           Page 2 of 2             Date Rcvd: Apr 05, 2018
                              Form ID: bln2            Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
10772822      +EDI: RMSC.COM Apr 06 2018 05:08:00      Synchrony Bank/Car Toys,   Attn: Bankruptcy,
               Po Box 965060,   Orlando, FL 32896-5060
10772823      +EDI: RMSC.COM Apr 06 2018 05:08:00      Synchrony Bank/LA Weight Loss,   Attn: Bankruptcy,
               Po Box 965060,   Orlando, FL 32896-5060
10772824      +EDI: RMSC.COM Apr 06 2018 05:08:00      Synchrony Bank/Lowes,   Attn: Bankruptcy,
               Po Box 965060,   Orlando, FL 32896-5060
10772825      +EDI: RMSC.COM Apr 06 2018 05:08:00      Synchrony Bank/TJX,   Attn: Bankruptcy,   Po Box 965060,
               Orlando, FL 32896-5060
10772828      +EDI: USAA.COM Apr 06 2018 05:08:00      USAA,   9800 Fredericksburg Rd.,
               San Antonio, TX 78288-0002
10772829      +EDI: USAA.COM Apr 06 2018 05:08:00      USAA Federal Savings Bank,   Attn: Bankruptcy,
               9800 Fredericksburg Rd,   San Antonio, TX 78288-0002
10772830       EDI: USAA.COM Apr 06 2018 05:08:00      Usaa Savings Bank,   Po Box 47504,
               San Antonio, TX 78265
10772831      +EDI: UTAHTAXCOMM.COM Apr 06 2018 05:08:00      Utah State Tax Commission,   210 North 1950 West,
               Salt Lake City, UT 84134-9000
10905375       EDI: AIS.COM Apr 06 2018 05:08:00      Verizon,   by American InfoSource LP as agent,
               PO Box 248838,   Oklahoma City, OK  73124-8838
10772832       EDI: VERIZONCOMB.COM Apr 06 2018 05:08:00      Verizon Wireless,   P.O. Box 9622,
               Mission Hills, CA 91346-9622
10772835      +EDI: WFFC.COM Apr 06 2018 05:08:00      Wells Fargo Dealer Services,   Attn: Bankruptcy,
               Po Box 19657,   Irvine, CA 92623-9657
                                                                                              TOTAL: 36

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2018 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0